UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JULIANA SARAH STRAEHLE,

                Plaintiff,

-against-

F.E.G.S.; JOSEPH STEIN JR., as Chairman of
F.E.G.S.; ROBERT O. LEHRMAN, et al., as
Members of the Board of F.E.G.S.; GAIL MAGALIFF,
as Chief Executive Officer of F.E.G.S.; STUART
OLTCHICK, as President of F.E.G.S.; PEG MORAN,
as Senior Vice President of F.E.G.S.-Residential &
Housing Operations; KATHY ROSENTHAL, as
Senior Vice President of F.E.G.S.-Long Island
Regional Operations; ROBERT GREENBERGER,
as Vice President of F.E.G.S.-Long Island
Regional Operations; BRYAN CAULFIELD, as Vice
President of F.E.G.S.-Facilities & Real Estate; DAN
CONNORS, as Vice President of F.E.G.S.-Supported
Apartment Program; MELANIE GERMAIN, as
Regional Director of F.E.G.S.-Residential & Housing;
JOANNE HECKMANN, as Director of F.E.G.S.-
Residential & Housing; and TASHIA KING, as
Manager of F.E.G.S.-Residential and Housing;
severally and together,

                Defendants.
----------------------------------------------------------------X

**ORDER**
13-CV-4601 (SJF)(GRB)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   OCT 08 2013   ★

**LONG ISLAND OFFICE**

FEUERSTEIN, District Judge:

On August 12, 2013, plaintiff filed a civil rights complaint pursuant to 42 U.S.C. §§ 1983 and 4601, *et seq.*, against defendants F.E.G.S.; Joseph Stein Jr., as Chairman of F.E.G.S.; Robert O. Lehrman, et al., as Members of the Board of F.E.G.S.; Gail Magaliff, as Chief Executive Officer of F.E.G.S.; Stuart Oltchick, as President of F.E.G.S.; Peg Moran, as Senior Vice President of F.E.G.S.-Residential & Housing Operations; Kathy Rosenthal, as Senior Vice President of F.E.G.S.-Long Island Regional Operations; Robert Greenberger, as Vice President

1

of F.E.G.S.-Long Island Regional Operations; Bryan Caulfield, as Vice President of F.E.G.S.-Facilities & Real Estate; Dan Connors, as Vice President of F.E.G.S.-Supported Apartment Program; Melanie Germain, as Regional Director of F.E.G.S.-Residential & Housing; Joanne Heckmann, as Director of F.E.G.S.-Residential & Housing; and Tashia King, as Manager of F.E.G.S.-Residential and Housing (collectively, "defendants"), accompanied by an application to proceed *in forma pauperis*. Since plaintiff's financial status, as set forth in her declaration in support of her application to proceed *in forma pauperis*, qualifies her to commence this action without prepayment of the filing fees, see 28 U.S.C. § 1915(a)(1), her application to proceed *in forma pauperis* is GRANTED.

The Clerk of Court is directed to: (1) issue a summons as to each defendant; (2) forward the summonses, complaint, Notice of Hearing dated October 9, 2013 and this Order to the United States Marshal Service for service upon defendants without prepayment of fees; and (3) serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure.

SO ORDERED.

                                              s/ Sandra J. Feuerstein
                                              _____
                                              Sandra J. Feuerstein
                                              United States District Judge

Dated: October 9, 2013
       Central Islip, New York